# APPENDIX.

## NOTES OF CASES NOT OTHERWISE REPORTED.

### BERKHOLTZ v. RICHARDS.

**Appeal:** GUARDIAN'S REPORT; APPROVAL. No review in absence of evidence.

*Appeal from Lyon District Court.*—HON. G. W. WAKEFIELD, Judge.

FILED, SEPTEMBER 5, 1888.

ON the eleventh day of May, 1887, the appellee, as guardian of the estate of the minor heirs of Herman Berkholtz, deceased, filed a report of his proceedings, including a statement of receipts and expenditures. On the eighteenth day of May, 1887, the appellant filed objections to the report. A trial was had on the issues raised by the report and objections, which resulted in the approval of the report. The appeal is taken from the order of approval.

*D. D. McCallum,* for appellant.

*E. C. Roach,* for appellee.

ROBINSON, J.—A motion filed by the appellee to strike from the record the evidence set out in the abstract was sustained at the December term, 1887, of this court. The appellant seeks to have reviewed the allowance of certain items of expense. This cannot be done in the absence of the evidence. The order of the district court is therefore

AFFIRMED.